1/10/22, 10:38 AM                                    Home | Tschetter Sulzer: Denver Evictions Law Firm

About Us    Practice Areas    Evictions    Education    News & Resources    Contact Us    Client Portal



**Login**

LEARN MORE →

## EVICTION SERVICES

*When Experience Matters -*
*Let Our Experience be Your Guide*

When it comes to evictions, time is money. That is why our goal, for over two decades has been to process your ev

Read more »

---

### #1 in Colorado Evictions



THS has an earned reputation for consistent, effective and successful representation because we take a genuine interest in the unique requirements of each client, demand excellence of ourselves, and deliver customized solutions.

### COVID-19 Resources



Even in uncertain times, our clients can depend on our dedicated team. Although we may be working remotely, the TS attorneys & staff have developed

### More About Our Practice Areas



Our experienced attorneys recognize the need for prompt, quality legal advice and representation at a reasonable fee. THS works to minimize your risks, protect your interests and offer you common-sense

1/10/22, 10:38 AM                                                 Home | Tschetter Sulzer: Denver Evictions Law Firm

About Us    Practice Areas    Evictions    Education    News & Resources    Contact Us    Client Portal      



**Login**

LEARN MORE →

needs.                                                                                    Bankruptcy & Creditor Representation

Our philosophy that timely evictions save thousands    be sure to check out our COVID-19 Resource Page at    Real Estate Commission
in lost rental days has made us 'The' #1 Eviction Firm    tinyurl.com/TS-COVID-Page.
in Colorado. We are committed to delivering an                                              Education
effective solution-based approach to our clients in
assisting them in achieving their goals.



## Upcoming Events                                    ## Recent Posts

About Us   Practice Areas   Evictions   Education   News & Resources   Contact Us   Client Portal



**Login**

LEARN MORE →



DENVER • ADAMS • ARAPAHOE • BROOMFIELD • BOULDER • DOUGLAS • EL PASO • JEFFERSON • LARIMER • WELD • PUEBLO • MESA

| Copyright 2022 | TSCHETTER SULZER | MAIN 303.699.3484 EVICTIONS DENVER 303.766.8004 | EVICTIONS COLORADO SPRINGS 719.550.8004 |
| Disclaimer | | 3600 SO. YOSEMITE STE. 828 DENVER, CO 80237 | EVICTIONS GRAND JUNCTION 970.822.7020 |

About Us    Practice Areas    Evictions    Education    News & Resources    Contact Us    Client Portal



**Login**

LEARN MORE →

# Landlord Recovery–Collections

Home / Practice Areas / Landlord Recovery–Collections



As Colorado's Leading Landlord Advocacy Firm, we have an intimate understanding of the rental housing industry and we understand the importance of reliable rent collection and the impact that non-paying tenant(s) can have on you. Not all firms that handle landlord-tenant litigation also handle collections and manage debt recovery solutions for their clients. Whether you are a landlord with one property, multiple properties, or hundreds of units, we have a customized collection/debt-recovery program that will deliver results for you.

Our objective is to become your collection partner by providing you with an effective, stress-free way of collecting your outstanding tenant debts. Our philosophy is to treat your business as if it were our own. When it comes to collecting debt, no Firm is more diligent. We are committed to helping you recover your outstanding debts quickly, professionally, efficiently and amicably.

- Practice Areas
- Residential & Commercial Evictions
- Fair Housing Defense
- Lease Drafting & Review
- **Landlord Recovery–Collections**
- Bankruptcy & Creditor Representation
- Broker Compliance



## Multi-Family Housing Debt Recovery:

Firm Clients who are Multi-Family Property Managers, Portfolio Managers, and Owners enjoy several advantages when working with us in pursuing debt recovery for their receivables. Our proven strategy guarantees that your eviction cases are collection cases from day one. We have a proven track record demonstrating that our approach for multi-family debt-recovery clients benefits and maximizes their recoveries and produces higher rates of return for our clients. Our property owners and management company clients appreciate that our approach to collecting their debt is uniquely designed to limit risk, ensure compliance and treat their debtors ethically and responsibly.

For more Information regarding the advantages of our Multi-Family Debt Recovery Program please contact the Firm Partners Mark Tschetter or Vic Sulzer.



## Landlord Rental Debt Recovery:

We provide a seamless transition from Eviction to Collection that can save you time and make collecting your money easier. Our Firm handles eviction/unlawful detainer proceedings as well as collect on judgments obtained in breach of contract/lease agreements. If a tenant owes you money for any reason that arose out of a landlord-tenant relationship, we can help you obtain a judgment and collect what you are owed. Our attorneys and collection professionals tenaciously and aggressively pursue your delinquent tenants. Our Landlord Recovery/Collection team has the resources, expertise and determination to enforce judgments, uncover any assets or sources of income, and take whatever steps are necessary to legally seize them.

Our Recovery/Collection services are handled on an hourly basis with an up-front retainer to cover estimated expenses and fees. Our attorneys work directly with our clients to determine their best options and communicate on a regular basis, keeping them up to date and involved with the decision making process. We always seek the most cost-effective solution utilizing the Firm commitment to individualized attention, practical advice and excellent personal service. Our bottom line for collecting your debt is keeping your legal expenses reasonable and collecting your money at the earliest opportunity possible.

## THS Full Range of Collection Services Include:

- ✔ Initial Demand Letter & Follow Up
- ✔ Skip-Tracing Service
- ✔ Preparation of Court Paperwork

About Us   Practice Areas   Evictions   Education   News & Resources   Contact Us   Client Portal



**Login**

LEARN MORE →



DENVER • ADAMS • ARAPAHOE • BROOMFIELD • BOULDER • DOUGLAS • EL PASO • JEFFERSON • LARIMER • WELD • PUEBLO • MESA

Copyright 2022          TSCHETTER SULZER          MAIN 303.699.3484 EVICTIONS DENVER 303.766.8004          EVICTIONS COLORADO SPRINGS 719.550.8004
Disclaimer                                        3600 SO. YOSEMITE STE. 828 DENVER, CO 80237              EVICTIONS GRAND JUNCTION 970.822.7020