# Mint Urban Infinity II

| Summary | |
|---|---|
| Statement Date: | Mar 01, 2022 |
| **Outstanding Balance:** | **$1,120.21** |

**Resident:** FRANKLIN, TINA
1225 S Bellaire Street
Denver CO 80246

**Unit:** 03-211
**Lease Id:** 14498596
**Lease Start Date:** 01/18/2021
**Lease End Date:** 03/17/2022
**Move-out Date:** 03/17/2022

## FULL LEDGER

| Post Date | Trans Id | Charge Code | Memo | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| Mar 01, 2022 | 684725470 | Legal Fees | Legal Fees - Crediting back Legal Fees (MK) | ($308.00) | | $812.21 |
| Mar 01, 2022 | 684709791 | Parking | Parking - Removing Parking Carport | ($16.45) | | $1,120.21 |
| Mar 01, 2022 | Details | Rent | Rent | $647.65 | | $1,136.66 |
| Mar 01, 2022 | 684527278 | Parking | Parking - Posted from 03/01/2022 to 03/17/2022 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $16.45 | | $489.01 |
| Mar 01, 2022 | 678874397 | Util - Water | Util - Water - Water For 01/01/22-01/31/22 | $19.49 | | $472.56 |
| Mar 01, 2022 | 678874394 | Util.- Trash | Util - Trash - Trash For 01/01/22-01/31/22 | $25.00 | | $453.07 |
| Mar 01, 2022 | 678874392 | Util - Wastewater | Util - Wastewater - Sewer For 01/01/22-01/31/22 | $21.67 | | $428.07 |
| Mar 01, 2022 | 678874390 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 01/01/22-01/31/22 | $3.50 | | $406.40 |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Mar 01, 2022 | 678874387 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 03/01/22-03/31/22 | $5.00 | $402.90 |
| Mar 01, 2022 | 678874386 | Util - Pest Control | Util - Pest Control - Pest Control For 01/01/22-01/31/22 | $2.00 | $397.90 |
| Mar 01, 2022 | 678874383 | Util - Gas | Util - Gas - Gas For 01/01/22-01/31/22 | $67.37 | $395.90 |
| Mar 01, 2022 | 678874382 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 01/01/22-01/31/22 | $20.53 | $328.53 |
| Feb 25, 2022 | 680273169 | Legal Fees | Legal Fees | $308.00 | $308.00 |
| Feb 25, 2022 | 679944620 | Payment | Check 21 Payment CK# 15400 - Captured | ($356.35) | $0.00 |
| Feb 11, 2022 | 674628619 | Late Fees | Late Fees | $50.00 | $356.35 |
| Feb 03, 2022 | 672401278 | Payment | Check 21 Payment CK# 86959 - Captured | ($1,000.00) | $306.35 |
| Feb 01, 2022 | 670519003 | Parking | Parking - removed carport | ($30.00) | $1,306.35 |
| Feb 01, 2022 | 670518553 | Storage Rent | Storage Rent - Removed storage | ($13.06) | $1,336.35 |
| Feb 01, 2022 | 668298458 | Parking | Parking - Posted from 02/01/2022 to 02/28/2022 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | $1,349.41 |
| Feb 01, 2022 | Details | Rent | Rent | $1,181.00 | $1,319.41 |
| Feb 01, 2022 | 662490628 | Util - Water | Util - Water - Water For 12/01/21-12/31/21 | $9.55 | $138.41 |
| Feb 01, 2022 | 662490626 | Util - Trash | Util - Trash - Trash For 12/01/21-12/31/21 | $25.00 | $128.86 |

| Date | | | | | |
|---|---|---|---|---|---|
| 2022 | | | | | |
| Feb 01, 2022 | 662490624 | Util - Wastewater | Util - Wastewater - Sewer For 12/01/21-12/31/21 | $21.29 | $103.86 |
| Feb 01, 2022 | 662490622 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 12/01/21-12/31/21 | $3.50 | $82.57 |
| Feb 01, 2022 | 662490620 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 02/01/22-02/28/22 | $5.00 | $79.07 |
| Feb 01, 2022 | 662490618 | Util - Pest Control | Util - Pest Control - Pest Control For 12/01/21-12/31/21 | $2.00 | $74.07 |
| Feb 01, 2022 | 662490616 | Util - Gas | Util - Gas - Gas For 12/01/21-12/31/21 | $53.51 | $72.07 |
| Feb 01, 2022 | 662490614 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 12/01/21-12/31/21 | $20.50 | $18.56 |
| Jan 25, 2022 | 663736862 | Payment | Check 21 Payment CK# 14665 - Captured | ($94.61) | ($1.94) |
| Jan 18, 2022 | 660202542 | Payment | Check 21 Payment CK# 63128 - Captured | ($200.00) | $92.67 |
| Jan 11, 2022 | 658653156 | Payment | Check 21 Payment CK# 63086 - Captured | ($340.00) | $292.67 |
| Jan 11, 2022 | 658096228 | Late Fees | Late Fees | $50.00 | $632.67 |
| Jan 03, 2022 | 655926573 | Payment | Check 21 Payment CK# 63039 - Captured | ($260.00) | $582.67 |
| Jan 03, 2022 | 655926560 | Payment | Check 21 Payment CK# 63038 - Captured | ($500.00) | $842.67 |
| Jan 01, 2022 | 668399588 | Storage Rent | Storage Rent - Posted from 01/01/2022 to 01/27/2022 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $13.06 | $1,342.67 |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Jan 01, 2022 | Details | Rent | Rent | $1,181.00 | $1,329.61 |
| Jan 01, 2022 | 651483436 | Parking | Parking - Posted from 01/01/2022 to 01/31/2022 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | $148.61 |
| Jan 01, 2022 | 647567528 | Util - Water | Util - Water - Water For 11/01/21-11/30/21 | $13.03 | $118.61 |
| Jan 01, 2022 | 647567527 | Util - Trash | Util - Trash - Trash For 11/01/21-11/30/21 | $25.00 | $105.58 |
| Jan 01, 2022 | 647567526 | Util - Wastewater | Util - Wastewater - Sewer For 11/01/21-11/30/21 | $20.97 | $80.58 |
| Jan 01, 2022 | 647567525 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 11/01/21-11/30/21 | $3.50 | $59.61 |
| Jan 01, 2022 | 647567524 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 01/01/22-01/31/22 | $5.00 | $56.11 |
| Jan 01, 2022 | 647567523 | Util - Pest Control | Util - Pest Control - Pest Control For 11/01/21-11/30/21 | $2.00 | $51.11 |
| Jan 01, 2022 | 647567522 | Util - Gas | Util - Gas - Gas For 11/01/21-11/30/21 | $27.37 | $49.11 |
| Jan 01, 2022 | 647567521 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 11/01/21-11/30/21 | $21.74 | $21.74 |
| Dec 02, 2021 | 637346112 | Payment | Check 21 Payment CK# 21120 - Captured | ($56.76) | $0.00 |
| Dec 02, 2021 | 637346111 | Payment | Check 21 Payment CK# 21119 - Captured | ($1,000.00) | $56.76 |
| Dec 01, 2021 | 634126827 | Parking | Parking - Posted from 12/01/2021 to 12/31/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | $1,056.76 |
| Dec | Details | Rent | Rent | $1,181.00 | $1,026.76 |

| Date | Ref # | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Dec 01, 2021 | 634126276 | Storage Rent | Storage Rent - Posted from 12/01/2021 to 12/31/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | ($154.24) |
| Dec 01, 2021 | 629086752 | Util - Water | Util - Water - Water For 10/01/21-10/31/21 | $12.32 | ($169.24) |
| Dec 01, 2021 | 629086751 | Util - Trash | Util - Trash - Trash For 10/01/21-10/31/21 | $25.00 | ($181.56) |
| Dec 01, 2021 | 629086750 | Util - Wastewater | Util - Wastewater - Sewer For 10/01/21-10/31/21 | $20.51 | ($206.56) |
| Dec 01, 2021 | 629086749 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 10/01/21-10/31/21 | $3.50 | ($227.07) |
| Dec 01, 2021 | 629086748 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 12/01/21-12/31/21 | $5.00 | ($230.57) |
| Dec 01, 2021 | 629086747 | Util - Pest Control | Util - Pest Control - Pest Control For 10/01/21-10/31/21 | $2.00 | ($235.57) |
| Dec 01, 2021 | 629086746 | Util - Gas | Util - Gas - Gas For 10/01/21-10/31/21 | $8.99 | ($237.57) |
| Dec 01, 2021 | 629086745 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 10/01/21-10/31/21 | $34.49 | ($246.56) |
| Nov 05, 2021 | 621111842 | Payment | Check 21 Payment CK# 5947 - Captured | ($500.00) | ($281.05) |
| Nov 05, 2021 | 621110129 | Payment | Check 21 Payment CK# 5948 - Captured | ($200.00) | $218.95 |
| Nov 05, 2021 | 621110123 | Payment | Check 21 Payment CK# 20848 - Captured | ($800.00) | $418.95 |
| Nov 01, 2021 | 617028347 | Payment | Check 21 Payment CK# 5858 - Captured | ($152.00) | $1,218.95 |

| Date | Ref | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Nov 01, 2021 | 613435841 | Storage Rent | Storage Rent - Posted from 11/01/2021 to 11/30/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | $1,370.95 |
| Nov 01, 2021 | 613435240 | Parking | Parking - Posted from 11/01/2021 to 11/30/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | $1,355.95 |
| Nov 01, 2021 | Details | Rent | Rent | $1,181.00 | $1,325.95 |
| Nov 01, 2021 | 607069291 | Util - Water | Util - Water - Water For 09/01/21-09/30/21 | $12.04 | $144.95 |
| Nov 01, 2021 | 607069290 | Util - Trash | Util - Trash - Trash For 09/01/21-09/30/21 | $25.00 | $132.91 |
| Nov 01, 2021 | 607069289 | Util - Wastewater | Util - Wastewater - Sewer For 09/01/21-09/30/21 | $20.82 | $107.91 |
| Nov 01, 2021 | 607069288 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 09/01/21-09/30/21 | $3.50 | $87.09 |
| Nov 01, 2021 | 607069287 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 11/01/21-11/30/21 | $5.00 | $83.59 |
| Nov 01, 2021 | 607069286 | Util - Pest Control | Util - Pest Control - Pest Control For 09/01/21-09/30/21 | $2.00 | $78.59 |
| Nov 01, 2021 | 607069285 | Util - Gas | Util - Gas - Gas For 09/01/21-09/30/21 | $7.35 | $76.59 |
| Nov 01, 2021 | 607069284 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 09/01/21-09/30/21 | $38.68 | $69.24 |
| Oct 01, 2021 | 606466614 | Parking | Parking - Posted from 10/01/2021 to 10/31/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | $30.56 |
| Oct 01, 2021 | 593277258 | Payment | Check 21 Payment CK# 5684 - Captured | ($500.00) | $0.56 |

| Date | ID | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| Oct 01, 2021 | 593277257 | Payment | Check 21 Payment CK# 5685 - Captured | | ($308.00) | $500.56 |
| Oct 01, 2021 | 590570004 | Storage Rent | Storage Rent - Posted from 10/01/2021 to 10/31/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | | $808.56 |
| Oct 01, 2021 | Details | Rent | Rent | $1,181.00 | | $793.56 |
| Oct 01, 2021 | 583184020 | Util - Water | Util - Water - Water For 08/01/21-08/31/21 | $15.02 | | ($387.44) |
| Oct 01, 2021 | 583184019 | Util - Trash | Util - Trash - Trash For 08/01/21-08/31/21 | $25.00 | | ($402.46) |
| Oct 01, 2021 | 583184018 | Util - Wastewater | Util - Wastewater - Sewer For 08/01/21-08/31/21 | $20.76 | | ($427.46) |
| Oct 01, 2021 | 583184017 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 08/01/21-08/31/21 | $3.50 | | ($448.22) |
| Oct 01, 2021 | 583184016 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 10/01/21-10/31/21 | $5.00 | | ($451.72) |
| Oct 01, 2021 | 583184015 | Util - Pest Control | Util - Pest Control - Pest Control For 08/01/21-08/31/21 | $2.00 | | ($456.72) |
| Oct 01, 2021 | 583184014 | Util - Gas | Util - Gas - Gas For 08/01/21-08/31/21 | $6.49 | | ($458.72) |
| Oct 01, 2021 | 583184013 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 08/01/21-08/31/21 | $39.18 | | ($465.21) |
| Sep 17, 2021 | 580183988 | Payment | Check 21 Payment CK# 99064 - Captured | | ($500.00) | ($504.39) |
| Sep 02, 2021 | 571203323 | Payment | Check 21 Payment CK# 34676 - Captured | | ($280.00) | ($4.39) |
| Sep 01, 2021 | Details | Rent | Rent | $1,181.00 | | $275.61 |

| Date | ID | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| Sep 01, 2021 | 563559967 | Storage Rent | Storage Rent - Posted from 09/01/2021 to 09/30/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | | ($905.39) |
| Sep 01, 2021 | 550425764 | Util - Water | Util - Water - Water For 07/01/21-07/31/21 | $11.96 | | ($920.39) |
| Sep 01, 2021 | 550425763 | Util - Trash | Util - Trash - Trash For 07/01/21-07/31/21 | $25.00 | | ($932.35) |
| Sep 01, 2021 | 550425762 | Util - Wastewater | Util - Wastewater - Sewer For 07/01/21-07/31/21 | $20.51 | | ($957.35) |
| Sep 01, 2021 | 550425761 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 07/01/21-07/31/21 | $3.50 | | ($977.86) |
| Sep 01, 2021 | 550425760 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 09/01/21-09/30/21 | $5.00 | | ($981.36) |
| Sep 01, 2021 | 550425759 | Util - Pest Control | Util - Pest Control - Pest Control For 07/01/21-07/31/21 | $2.00 | | ($986.36) |
| Sep 01, 2021 | 550425758 | Util - Gas | Util - Gas - Gas For 07/01/21-07/31/21 | $6.91 | | ($988.36) |
| Sep 01, 2021 | 550425757 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 07/01/21-07/31/21 | $27.37 | | ($995.27) |
| Aug 31, 2021 | 565920811 | Payment | Check 21 Payment CK# 34636 - Captured | | ($500.00) | ($1,022.64) |
| Aug 23, 2021 | 549646394 | Payment | Check 21 Payment CK# 34581 - Captured | | ($500.00) | ($522.64) |
| Aug 05, 2021 | 529700111 | Payment | Check 21 Payment CK# 49625 - Captured | | ($390.50) | ($22.64) |
| Aug 02, 2021 | 527058198 | Payment | Check 21 Payment CK# 34472 - Captured | | ($500.00) | $367.86 |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Aug 02, 2021 | 527058124 | Payment | Check 21 Payment CK# 43473 - Captured | ($400.00) | $867.86 |
| Aug 01, 2021 | 520005248 | Storage Rent | Storage Rent - Posted from 08/01/2021 to 08/31/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | $1,267.86 |
| Aug 01, 2021 | Details | Rent | Rent | $1,181.00 | $1,252.86 |
| Aug 01, 2021 | 510701407 | Util - Water | Util - Water - Water For 06/01/21-06/30/21 | $12.29 | $71.86 |
| Aug 01, 2021 | 510701405 | Util - Trash | Util - Trash - Trash For 06/01/21-06/30/21 | $25.00 | $59.57 |
| Aug 01, 2021 | 510701403 | Util - Wastewater | Util - Wastewater - Sewer For 06/01/21-06/30/21 | $20.53 | $34.57 |
| Aug 01, 2021 | 510701400 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 06/01/21-06/30/21 | $3.50 | $14.04 |
| Aug 01, 2021 | 510701398 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 08/01/21-08/31/21 | $5.00 | $10.54 |
| Aug 01, 2021 | 510701396 | Util - Pest Control | Util - Pest Control - Pest Control For 06/01/21-06/30/21 | $2.00 | $5.54 |
| Aug 01, 2021 | 510701394 | Util - Gas | Util - Gas - Gas For 06/01/21-06/30/21 | $27.26 | $3.54 |
| Aug 01, 2021 | 510701392 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 06/01/21-06/30/21 | $18.87 | ($23.72) |
| Jul 22, 2021 | 507873649 | Parking | Parking - Crediting back the remainder of July's carport rent due to retaining wall project. | ($25.17) | ($42.59) |
| Jul 08, 2021 | 499029429 | Payment | Check 21 Payment CK# 70352 - Captured | ($190.54) | ($17.42) |
| Jul 07, 2021 | 498484320 | Payment | Check 21 Payment CK# 98978 - Captured | ($300.00) | $173.12 |

| Date | Ref | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| Jul 06, 2021 | 497944892 | Payment | Check 21 Payment CK# 70272 - Captured | | ($433.00) | $473.12 |
| Jul 06, 2021 | 497944891 | Payment | Check 21 Payment CK# 70273 - Captured | | ($450.00) | $906.12 |
| Jul 01, 2021 | 529390897 | Parking | Parking - Posted from 07/01/2021 to 07/22/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $21.29 | | $1,356.12 |
| Jul 01, 2021 | 529390513 | Parking | Parking - Posted from 07/01/2021 to 07/22/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $21.29 | | $1,334.83 |
| Jul 01, 2021 | Details | Rent | Rent | $1,181.00 | | $1,313.54 |
| Jul 01, 2021 | 495146482 | Storage Rent | Storage Rent - Posted from 07/01/2021 to 07/31/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | | $132.54 |
| Jul 01, 2021 | 490939512 | Util - Water | Util - Water - Water For 05/01/21-05/31/21 | $11.41 | | $117.54 |
| Jul 01, 2021 | 490939511 | Util - Trash | Util - Trash - Trash For 05/01/21-05/31/21 | $25.00 | | $106.13 |
| Jul 01, 2021 | 490939510 | Util - Wastewater | Util - Wastewater - Sewer For 05/01/21-05/31/21 | $20.13 | | $81.13 |
| Jul 01, 2021 | 490939509 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 05/01/21-05/31/21 | $3.50 | | $61.00 |
| Jul 01, 2021 | 490939508 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 07/01/21-07/31/21 | $5.00 | | $57.50 |
| Jul 01, 2021 | 490939507 | Util - Pest Control | Util - Pest Control - Pest Control For 05/01/21-05/31/21 | $2.00 | | $52.50 |
| Jul 01, 2021 | 490939506 | Util - Gas | Util - Gas - Gas For 05/01/21-05/31/21 | $37.53 | | $50.50 |

| Date | ID | Type | Description | Charge | Payment | Balance |
|---|---|---|---|---|---|---|
| Jul 01, 2021 | 490939505 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 05/01/21-05/31/21 | $18.27 | | $12.97 |
| Jun 03, 2021 | 483393081 | Payment | Check 21 Payment CK# - Captured | | ($200.00) | ($5.30) |
| Jun 03, 2021 | 483393080 | Payment | Check 21 Payment CK# - Captured | | ($433.00) | $194.70 |
| Jun 03, 2021 | 483393077 | Payment | Check 21 Payment CK# - Captured | | ($500.00) | $627.70 |
| Jun 03, 2021 | 483393072 | Payment | Check 21 Payment CK# - Captured | | ($240.00) | $1,127.70 |
| Jun 01, 2021 | 480563808 | Parking | Parking - Posted from 06/01/2021 to 06/30/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $30.00 | | $1,367.70 |
| Jun 01, 2021 | Details | Rent | Rent | $1,181.00 | | $1,337.70 |
| Jun 01, 2021 | 480562441 | Parking | Parking - Posted from 06/01/2021 to 06/30/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $30.00 | | $156.70 |
| Jun 01, 2021 | 480562297 | Storage Rent | Storage Rent - Posted from 06/01/2021 to 06/30/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $15.00 | | $126.70 |
| Jun 01, 2021 | 477079339 | Util - Water | Util - Water - Water For 04/01/21-04/30/21 | $10.68 | | $111.70 |
| Jun 01, 2021 | 477079338 | Util - Trash | Util - Trash - Trash For 04/01/21-04/30/21 | $25.00 | | $101.02 |
| Jun 01, 2021 | 477079337 | Util - Wastewater | Util - Wastewater - Sewer For 04/01/21-04/30/21 | $20.44 | | $76.02 |
| Jun 01, 2021 | 477079336 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 04/01/21-04/30/21 | $3.50 | | $55.58 |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Jun 01, 2021 | 477079335 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 06/01/21-06/30/21 | $5.00 | $52.08 |
| Jun 01, 2021 | 477079334 | Util - Pest Control | Util - Pest Control - Pest Control For 04/01/21-04/30/21 | $2.00 | $47.08 |
| Jun 01, 2021 | 477079333 | Util - Gas | Util - Gas - Gas For 04/01/21-04/30/21 | $35.56 | $45.08 |
| Jun 01, 2021 | 477079332 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 04/01/21-04/30/21 | $18.30 | $9.52 |
| May 04, 2021 | 471370011 | Payment | Check 21 Payment CK# - Captured | ($35.00) | ($8.78) |
| May 03, 2021 | 475553247 | Storage Rent | Storage Rent - Posted from 05/03/2021 to 05/31/2021 - Rentable Item ( Storage - Storage Rent ( 3-2A ) ) | $14.03 | $26.22 |
| May 03, 2021 | 475553226 | Parking | Parking - Posted from 05/03/2021 to 05/31/2021 - Rentable Item ( Parking - Carport ( 03-058 ) ) | $28.06 | $12.19 |
| May 03, 2021 | 470902890 | Payment | Check 21 Payment CK# - Captured | ($433.00) | ($15.87) |
| May 03, 2021 | 470902889 | Payment | Check 21 Payment CK# - Captured | ($320.00) | $417.13 |
| May 03, 2021 | 470902887 | Payment | Check 21 Payment CK# - Captured | ($433.00) | $737.13 |
| May 01, 2021 | 469552907 | Parking | Parking - Posted from 05/01/2021 to 05/31/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $30.00 | $1,170.13 |
| May 01, 2021 | Details | Rent | Rent | $1,181.00 | $1,140.13 |
| May 01, 2021 | 465286267 | Util - Water | Util - Water - Water For 03/01/21-03/31/21 | $9.52 | ($40.87) |
| May | 465286266 | Util - Trash | Util - Trash - Trash For | $25.00 | ($50.39) |

| Date | ID | Type | Description | Charge | Balance |
|---|---|---|---|---|---|
| May 01, 2021 | | | 03/01/21-03/31/21 | | |
| May 01, 2021 | 465286265 | Util - Wastewater | Util - Wastewater - Sewer For 03/01/21-03/31/21 | $20.32 | ($75.39) |
| May 01, 2021 | 465286264 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 05/01/21-05/31/21 | $3.50 | ($95.71) |
| May 01, 2021 | 465286263 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 05/01/21-05/31/21 | $5.00 | ($99.21) |
| May 01, 2021 | 465286262 | Util - Pest Control | Util - Pest Control - Pest Control For 03/01/21-03/31/21 | $2.00 | ($104.21) |
| May 01, 2021 | 465286261 | Util - Gas | Util - Gas - Gas For 03/01/21-03/31/21 | $45.16 | ($106.21) |
| May 01, 2021 | 465286260 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 03/01/21-03/31/21 | $18.63 | ($151.37) |
| Apr 06, 2021 | 459906234 | Payment | Check 21 Payment CK# - Captured | ($202.92) | ($170.00) |
| Apr 05, 2021 | 459653462 | Payment | Check 21 Payment CK# - Captured | ($433.00) | $32.92 |
| Apr 05, 2021 | 459653461 | Payment | Check 21 Payment CK# - Captured | ($500.00) | $465.92 |
| Apr 05, 2021 | 459653460 | Payment | Check 21 Payment CK# - Captured | ($366.00) | $965.92 |
| Apr 01, 2021 | 457632235 | Parking | Parking - Posted from 04/01/2021 to 04/30/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $30.00 | $1,331.92 |
| Apr 01, 2021 | Details | Rent | Rent | $1,181.00 | $1,301.92 |
| Apr 01, 2021 | 452550354 | Util - Water | Util - Water - Water For 02/01/21-02/28/21 | $10.63 | $120.92 |

| Date | Ref # | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Apr 01, 2021 | 452550353 | Util - Trash | Util - Trash - Trash For 02/01/21-02/28/21 | $25.00 | $110.29 |
| Apr 01, 2021 | 452550352 | Util - Wastewater | Util - Wastewater - Sewer For 02/01/21-02/28/21 | $20.11 | $85.29 |
| Apr 01, 2021 | 452550351 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 04/01/21-04/30/21 | $3.50 | $65.18 |
| Apr 01, 2021 | 452550350 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 04/01/21-04/30/21 | $5.00 | $61.68 |
| Apr 01, 2021 | 452550349 | Util - Pest Control | Util - Pest Control - Pest Control For 02/01/21-02/28/21 | $2.00 | $56.68 |
| Apr 01, 2021 | 452550348 | Util - Gas | Util - Gas - Gas For 02/01/21-02/28/21 | $36.43 | $54.68 |
| Apr 01, 2021 | 452550347 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 02/01/21-02/28/21 | $18.25 | $18.25 |
| Mar 10, 2021 | 448412307 | Payment | Check 21 Payment CK# - Captured | ($294.13) | $0.00 |
| Mar 02, 2021 | 446338273 | Concession - One-Time | Concession - One-Time - Move in special | ($1,000.00) | $294.13 |
| Mar 01, 2021 | 444737324 | Parking | Parking - Posted from 03/01/2021 to 03/31/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $30.00 | $1,294.13 |
| Mar 01, 2021 | Details | Rent | Rent | $1,181.00 | $1,264.13 |
| Mar 01, 2021 | 441930802 | Util - Water | Util - Water - Water For 01/18/21-01/31/21 | $5.08 | $83.13 |
| Mar 01, 2021 | 441930800 | Util - Trash | Util - Trash - Trash For 01/18/21-01/31/21 | $11.29 | $78.05 |
| Mar | 441930798 | Util - | Util - Wastewater - Sewer For | $9.05 | $66.76 |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| | | Wastewater | 01/18/21-01/31/21 | | |
| Mar 01, 2021 | 441930797 | Utility - Admin Fee | Utility - Admin Fee - Setup Fee | $20.00 | $57.71 |
| Mar 01, 2021 | 441930795 | Utility - Admin Fee | Utility - Admin Fee - Service Fee For 03/01/21-03/31/21 | $3.50 | $37.71 |
| Mar 01, 2021 | 441930793 | Util - Real Estate Tax | Util - Real Estate Tax - Real Estate Tax For 03/01/21-03/31/21 | $5.00 | $34.21 |
| Mar 01, 2021 | 441930791 | Util - Pest Control | Util - Pest Control - Pest Control For 01/18/21-01/31/21 | $0.90 | $29.21 |
| Mar 01, 2021 | 441930789 | Util - Gas | Util - Gas - Gas For 01/18/21-01/31/21 | $19.53 | $28.31 |
| Mar 01, 2021 | 441930788 | Util - Electricity (Common Area) | Util - Electricity (Common Area) - Electricity For 01/18/21-01/31/21 | $8.78 | $8.78 |
| Feb 19, 2021 | 440295055 | Payment | Visa Payment ID 1467611507 - Captured | ($72.40) | $0.00 |
| Feb 15, 2021 | 439303485 | Payment | Check 21 Payment CK# - Captured | ($590.50) | $72.40 |
| Feb 04, 2021 | 437314589 | Payment | Check 21 Payment CK# - Captured | ($300.00) | $662.90 |
| Feb 01, 2021 | Details | Rent | Rent | $1,181.00 | $962.90 |
| Feb 01, 2021 | 434396096 | Parking | Parking - Posted from 02/01/2021 to 02/28/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $30.00 | ($218.10) |
| Jan 20, 2021 | 430298417 | Application Fee | Application Fee - Waived app fees | ($75.00) | ($248.10) |
| Jan 18, 2021 | Details | Rent | Rent | $533.35 | ($173.10) |

| Date | ID | Type | Description | Amount | Balance |
|---|---|---|---|---|---|
| Jan 18, 2021 | 430298047 | Parking | Parking - Posted from 01/18/2021 to 01/31/2021 - Rentable Item ( Parking - Carport ( 03-066 ) ) | $13.55 | ($706.45) |
| Jan 18, 2021 | 430298028 | Unit Security Deposit | Unit Security Deposit - fee posted | $500.00 | ($720.00) |
| Jan 14, 2021 | 429163289 | Payment | Mastercard Payment ID 1465166865 - Captured | ($610.00) | ($1,220.00) |
| Jan 14, 2021 | 429162332 | Payment | Visa Payment ID 1465166700 - Captured - roncarlos43@yahoo.com | ($610.00) | ($610.00) |
| Jan 03, 2021 | 426216574 | Unit Security Deposit | Unit Security Deposit | $400.00 | $0.00 |
| Jan 03, 2021 | 426216573 | Application Fee | Application Fee | $25.00 | ($400.00) |
| Jan 03, 2021 | 426216554 | Payment | Mastercard Payment ID 1464399329 - Captured | ($25.00) | ($425.00) |
| Jan 03, 2021 | 426216553 | Payment | Mastercard Payment ID 1464399328 - Captured | ($400.00) | ($400.00) |
| Jan 03, 2021 | 426215719 | Application Fee | Application Fee | $25.00 | $0.00 |
| Jan 03, 2021 | 426215718 | Payment | Mastercard Payment ID 1464398561 - Captured | ($25.00) | ($25.00) |
| Jan 03, 2021 | 426208081 | Application Fee | Application Fee | $25.00 | $0.00 |
| Jan 03, 2021 | 426208080 | Payment | Visa Payment ID 1464393120 - Captured | ($25.00) | ($25.00) |