| | |
|---|---|
| COUNTY COURT, Denver COUNTY, COLORADO<br>1437 Bannock St Rm 135, Denver, CO 80202<br>Court Tel. No. 720.865.7840 | |
| Plaintiff(s): **Glendale Properties II LLC**<br>v.<br>Defendant(s): **Michael McCray, Ronald Franklin, Tina Franklin** And All Other Occupants. | Δ FOR COURT USE ONLY Δ |
| Mark N. Tschetter<br>Tschetter Sulzer, P.C.<br>3600 S Yosemite St. # 828<br>Denver, CO 80237<br>Phone No. 303.766.8004<br>Attorney Reg. No. 18433 | Case Number: |

## COMPLAINT UNLAWFUL DETAINER AND MONEY CLAIM

Plaintiff, Glendale Properties II LLC, by its/their/his/hers attorneys, Tschetter Hamrick Sulzer, P.C. for its Complaint in Unlawful Detainer and Money Demand, against the Defendant(s) and all other occupants hereafter referred to as Defendant(s), alleges as follows

GENERAL ALLEGATIONS

1. Plaintiff is the owner/manager/agent of 1225 S Bellaire St # 211, Denver, CO 80246 ( the "premises"). Defendant(s) reside at the above address and are residents of Denver County Colorado. The amount sought in this action does not exceed $15,000.00. The Defendant(s) is/are not minors, incompetents, in the military service, nor an office, agency, or instrumentality of the State of Colorado. If applicable, Plaintiff consents to a Magistrate presiding at all hearings.

UNLAWFUL DETAINER

2. The premises are located in Denver County, Colorado. The Defendant(s) entered into a lease or contract with Plaintiff and/or occupy the premises. The Defendant(s) has/have defaulted on the lease or contract by failing to pay rent or amounts required under the terms of the lease or contract and/or by failing to comply with terms, conditions, and/or covenants of the lease or contract and/or the Defendant(s) no longer have any rights to occupy the premises. The Defendant(s) was/were served with all legal notice(s) and/or demand(s) concerning their occupancy of the premises. A copy of the notice(s) and/or demand(s) with fully executed Return of Service(s) is attached and incorporated by reference. Despite Plaintiff's Demands and/or Notices, Defendant(s) has/have refused to pay amounts owing and/or comply with lease or contract and/or cure their defaults and noncompliance with the lease or contract and/or vacate the premises, and continue to wrongfully hold possession of the premises in violation of the lease or contact and/or the law, and without the consent and permission of Plaintiff(s).

MONEY CLAIM

3. Defendant(s) entered into a lease or contract with Plaintiff. Defendant(s) have breached the lease by failing to make payments pursuant to the lease or contract with Plaintiff, and Plaintiff has suffered damages. And/or Plaintiff provided the use of rental property to the Defendant(s) with the reasonable expectation the Defendant(s) would pay the reasonable rental value. Defendant(s) accepted the use of the rental property expecting to pay for the use or reasonably should have known that Plaintiff expected to be paid the reasonable market value for the use of

the rental property, and Plaintiff has suffered recoverable damages under the theories of quantum meruit, express contract, implied contract, unjust enrichment, statutory or agreed intrest, and/or Defendant, as tenant, has failed to maintain premises and is liable for damages to the property pursuant to C.R.S. § 38-12-501 et seq and/or the lease.

4. The amount current claimed from the Defendant(s) through the date of this complaint is $664.35, plus costs, attorneys' fees, and interest at a rate of 8% per annum as allowed by lease or statute. The amount claimed is subject to change after possession is restored to Plaintiff and a deposit accounting is completed per C.R.S. § 38-12-103, should such accounting be required. The final amount claimed will be set forth in the Move Out Statement and will be mailed to the Defendant(s) and filed with this court when the Plaintiff applies for the Money Judgment.

5. To the extent provided for in the lease and/or statute, Plaintiff seeks an award of its reasonable attorneys' fees, costs and interest from the Defendant(s).

6. Plaintiff does not demand a trial by jury

WHEREFORE, Plaintiff Glendale Properties II LLC respectfully requests that the Court grant judgment for possession against Defendant(s) Michael McCray, Ronald Franklin, Tina Franklin AND ALL OTHER OCCUPANTS, jointly and severally, for damages, costs, interest and attorneys' fees as allowed by statute and/or contract, and for such further and other relief as the Court may deem just and appropriate.

DATED: 2/25/2022

Tschetter Hamrick Sulzer, P.C.
Signature On File
By:___\s\ Mark Tschetter
Mark N. Tschetter  Reg # 18433
Victor L Sulzer  Reg #24804

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR AND THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

CERTIFICATE OF MAILING

I, the undersigned agent for the Plaintiff, certify that on 2/25/2022, I mailed a copies of the Summons, Complaint in Unlawful Detainer with all attached exhibits, and Answer Form, Glendale Properties II LLC (Plaintiff) v. Michael McCray, Ronald Franklin, Tina Franklin, AND ALL OTHER OCCUPANTS (Defendant(s)), Denver County Court, by postage prepaid, first class mail, to the Defendant(s) addressed as follows:

Michael McCray, Ronald Franklin, Tina Franklin, and All Other Occupants
1225 S Bellaire St # 211
Denver, CO 80246

By:___\S\ Tom Gibbs
Original on File

Apartment Name:  Mint Urban Infinity West