IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Civil Action No. 22-cv-01963-GPG-STV

TINA FRANKLIN,

    Plaintiff,

v.

TSCHETTER SULZER, P.C.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rules of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [D. 86] entered by Judge Gordon P. Gallagher on January 22, 2025, it is

FURTHER ORDERED that the Stipulated Motion to Dismiss with Prejudice [D. 85] is GRANTED. It is

ORDERED that Defendant Tschetter Sulzer, P.C.'s Motion to Dismiss [D. 80] is DENIED AS MOOT. It is

FURTHER ORDERED that the Revised First Amended Class Action Complaint and all claims are DISMISSED with prejudice.

This case will be closed.

Dated at Grand Junction, Colorado this 22nd day of January 2025

                                                  FOR THE COURT:
                                                JEFFREY P. COLWELL, CLERK

                                       By:   s/D. Clement
                                                D. Clement
                                                Deputy Clerk